UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

Attorney: JOSEPH H. MIZRAHI LAW, P.C.

---

CEDRIC BISHOP, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

Plaintiff(s)

- against -

SUMAIDA & KHURANA, LLC

Defendant(s)

Index # 18 CV 01205

Purchased February 11, 2018

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ERIKA TEJEDA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 28, 2018 at 10:01 AM at

C/O AMIT KHURANA
520 WEST 27TH STREET
SUITE 302
NEW YORK, NY 10001

deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET on SUMAIDA & KHURANA, LLC therein named.

BY LEAVING A TRUE COPY WITH VANESSA "T"., OFFICE MANAGER, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 30 | 5'7 | 140 |

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME.

Sworn to me on: March 1, 2018

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

ERIKA TEJEDA
License #: 1088563
Invoice #: 689059

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045