

**GROSSMAN LLP**
Attorneys at Law

745 Fifth Avenue, 5th Floor
New York, New York 10151
Phone: 646.770.7445
Fax: 646.417.7997
www.grossmanllp.com

March 26, 2018

**VIA ECF**

Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
40 Foley Square
Courtroom 905
New York, New York  10007

      Re:      *Cedric Bishop v. Sumaida + Khurana, LLC*, **Case No. 18-cv-01205 (RJS)**

Dear Judge Sullivan:

      We represent Defendant Sumaida + Khurana, LLC, and we write under the Individual Rules and Practices of Judge Richard J. Sullivan, Rule 1C, to request the Court's approval of the parties' agreement to set a deadline of April 6, 2018, for Defendant to respond to the Amended Class Action Complaint.  Plaintiff served a Class Action Complaint on Defendant on February 28, 2018, and Defendant's response was due on March 21, 2018.  Plaintiff then filed the Amended Class Action Complaint on March 7, 2018, on ECF.  Plaintiff has consented to Defendant's request to respond on or before April 6, 2018.  No prior requests have been made for this relief.

      Respectfully submitted,

      Lindsay E. Hogan

cc:    Joseph H. Mizrahi, Esq., counsel for Plaintiff (*via* ECF)